**'07 CIV 7405**

Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4688
Facsimile: (212) 446-4900

Attorney for Defendant
NEXXAR GROUP, INC.



RECEIVED AUG 2 0 2007 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODGER ZEPKA, ELENO RAMOS, ENVIOS RD CORPORATION AND DOMINICAN COMMUNICATIONS CORPORATION,<br><br>    Plaintiffs,<br><br>    -against-<br><br>NEXXAR GROUP, INC,<br><br>    Defendant. | ___ CV _____ ( )<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

## RULE 7.1 DISCLOSURE STATEMENT OF NEXXAR GROUP, INC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Nexxar Group, Inc. (a nongovernmental corporate party) makes the following disclosure statement:

**I. PARENT CORPORATIONS:**

No parent corporations own controlling interest in Nexxar Group, Inc.

**II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

No publicly held companies own 10% or more of Nexxar Group's stock.

Dated: August 20, 2007

                                                              /s/ Abigail M. Diaz-Pedrosa
Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4688
Facsimile: (212) 446-4900

Attorneys for Defendant
NEXXAR GROUP, INC.