Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4688
Facsimile: (212) 446-4900

Attorney for Defendant
NEXXAR GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODGER ZEPKA, ELENO RAMOS, ENVIOS RD CORPORATION AND DOMINICAN COMMUNICATIONS CORPORATION,<br><br>        Plaintiffs,<br><br>    -against-<br><br>NEXXAR GROUP, INC,<br><br>        Defendant. | 07 CV 7405<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that a copy of Nexxar Group, Inc's Notice of Removal and Notice of Filing of Notice of Removal, including all exhibits thereto, were overnighted via Federal Express to the following address on August 20, 2007:

Gary M. Fellner<br>
Warren Martin<br>
Porzio, Bromberg & Newman, P.C.<br>
156 West 56th Street, New York, NY  10019-3800<br>
Telephone:    646 348-6722<br>
Facsimile:    212 957-3983

Delivery was confirmed on August 21, 2007.

_____s/ Abigail M. Diaz-Pedrosa___<br>
Abigail M. Diaz-Pedrosa (AD 0502)<br>
*Attorney for Nexxar Group, Inc.*