Abigail M. Diaz-Pedrosa (AD 0502)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4688
Facsimile: (212) 446-4900

Attorney for Defendant
NEXXAR GROUP, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODGER ZEPKA, ELENO RAMOS, ENVIOS RD CORPORATION AND DOMINICAN COMMUNICATIONS CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>NEXXAR GROUP, INC,<br><br>　　　　　Defendant. | 07 CV 7405 (RJH)(GWG)<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that a copy of Nexxar Group, Inc's Answer, Affirmative Defenses, Defenses, and Counterclaim to Plaintiffs' First Amended Complaint were overnighted via Federal Express to the following address on August 24, 2007:

Gary M. Fellner
Warren Martin
Porzio, Bromberg & Newman, P.C.
156 West 56th Street, New York, NY  10019-3800
Telephone:   646 348-6722
Facsimile:    212 957-3983

　　　　　　　　　　　　　　　　　　　　　　　s/ Abigail M. Diaz-Pedrosa
　　　　　　　　　　　　　　　　　　　　　Abigail M. Diaz-Pedrosa (AD 0502)
　　　　　　　　　　　　　　　　　　　　　*Attorney for Nexxar Group, Inc.*